IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3022 |
| V. | ) | |
| JANEICE HICKS, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff's motion to extend (filing 21) is granted. The plaintiff's statement of position to the presentence investigation report is due on or before May 21, 2010. The undersigned shall issue tentative findings on or about May 24, 2010. Sentencing remains set for May 28, 2010, at 12:00 noon.

    DATED this 7th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge