IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:10CR3022 |
| vs. | **ORDER** |
| JANEICE HICKS, | |
| Defendant. | |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 64), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

   > The defendant shall be released to reside at Touchstone and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Touchstone facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant's counsel shall contact the Marshal to make arrangements for Defendant's release to the Federal Public Defender, The FPD will provide Defendant's transportation to Touchstone.

4) The defendant shall arrive at Touchstone by 10:00 a.m. on June 1, 2016.]

5) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

May 24, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge