IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JANEICE HICKS,<br><br>            Defendant. | 4:10CR3022<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 67) is granted.

2) The Court's prior order, (Filing No. 65) is modified as follows: Upon defendant's anticipated completion of treatment at Touchstone on July 19, 2016, the defendant is permitted to reside in St. Monica's transitional housing.

3) The defendant shall comply with all other terms and conditions of her supervised release which were imposed at sentencing.

July 15, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge