IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:10CR3022** |
| vs. | | |
| JANEICE HICKS, | | **ORDER** |
| Defendant. | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:20CR3059** |
| vs. | | |
| JANEICE HICKS, | | **ORDER** |
| Defendant. | | |

IT IS ORDERED that:

(1)    Defendant Hicks' letter (Filing 102, 4:10CR3022; Filing 52, 4:20CR3059) will be treated as a motion.

(2)    Plaintiff shall respond to the defendant's motion on or before December 21, 2021.

December 7, 2021.                    BY THE COURT:

Richard G. Kopf
Richard G. Kopf
Senior United States District Judge